IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:20-CV-725-MOC-DCK

| TIMISHA MARTIN, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| SUNLIGHT FINANCIAL LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Consent Motion For Extension Of Time To Answer Or Otherwise Respond To Plaintiff's Amended Complaint" (Document No. 13) filed May 13, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Plaintiff's consent to the requested extension, the undersigned will <u>grant</u> the motion, and direct that the pending motion to dismiss be <u>denied</u> as moot.

**IT IS, THEREFORE, ORDERED** that "Defendant's Consent Motion For Extension Of Time To Answer Or Otherwise Respond To Plaintiff's Amended Complaint" (Document No. 13) is **GRANTED**. Defendant shall have up to and including **June 1, 2021** to answer or otherwise respond to Plaintiff's Amended Complaint.

**IT IS FURTHER ORDERED** that "Defendant's Motion To Dismiss Plaintiff's Complaint" is **DENIED AS MOOT**.

**SO ORDERED**.

Signed: May 13, 2021

David C. Keesler
United States Magistrate Judge